UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SARAH RAMOS, ANGEL SUAREZ, AND WILLIAM SUAREZ,

                                       Plaintiffs,

                    -against-

CITY OF NEW YORK and DETECTIVE JOSE MARRERO,

                                       Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFFS**

15-CV-6085 (ER)

       **PLEASE TAKE NOTICE** that, upon defendants' Bill of Costs, the Declaration of Senior Counsel Lucienne Pierre dated May 29, 2019, and the exhibits annexed thereto, and all other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York 10007 on June 14, 3018 at 11:30A.M. or, as soon thereafter, as counsel may be heard at a time and date to be determined as convenient by the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. §§ 1920 and 1923 granting fees and costs sought by defendants and granting such other relief that this Court deems proper.

Date:   New York, New York
           May 30, 2019

                                       **ZACHARY W. CARTER**
                                       Corporation Counsel of the City of New York
                                       *Attorney for Defendants*
                                       100 Church Street
                                       New York, New York 10007
                                       Tel.: (212) 356-2415

                                  By:     /s/ Lucienne Pierre
                                               Lucienne Pierre
                                               *Senior Counsel*
                                               *Special Federal Litigation Division*

To:    <u>VIA ECF</u>
David Bruce Rankin, Esq.
Beldock Levine & Hoffman LLP
99 Park Ave 26th Floor
New York, NY 10016
Tel.: (212) 490-0400
Fax: (212) 277-5880
Email: DRankin@BLHNY.com

Marc Augustine Cannan, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue
New York, NY 10016
Tel.: (212) 277-5853
Fax: (212) 557-0565
Email: mcannan@blhny.com
*Attorneys for Plaintiffs*

15-CV-6085 (ER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH RAMOS, ANGEL SUAREZ, AND WILLIAM SUAREZ,

Plaintiffs,

-against-

CITY OF NEW YORK and DETECTIVE JOSE MARRERO,

Defendants.

## NOTICE OF APPLICATION FOR COSTS, BILL OF COSTS, AND DECLARATION IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFFS AND ANNEXED EXHIBITS

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Lucienne Pierre*
*Tel: (212) 356-2415*
*NYCLIS No. 2015-039980*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................................................, 201..*

*.............................................................................................................. Esq.*

*Attorney for ...........................................................................................*