**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/3/2019

------------------------------------------------------------X

SARAH RAMOS, ANGEL SUAREZ, and
WILLIAM SUAREZ,

                  Plaintiffs,

15 **CIVIL** 6085 (ER)

-against-

**JUDGMENT**

CITY OF NEW YORK, and DETECTIVE
JOSE MARRERO,

                  Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Edgardo Ramos, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
May 3, 2019

So Ordered:

_____
U.S.D.J.
EDGARDO RAMOS
5/3/2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk